### April 8, 2009

| 28550 | Barnedo v. Dominguez | Affirmed |

### April 9, 2009

| 28582 | RGB, In re | Affirmed |
| 28372 | State v. Nakama | Affirmed |

### April 13, 2009

| 28863 | State v. Jacobson | Affirmed |

### April 15, 2009

| 29075 | Tabios v. State | Affirmed |

### April 16, 2009

| 28701 | Herbert v. State | Reversed and Affirmed |

### April 17, 2009

| 29073 | Bank of New York v. Batad | Affirmed |
| 29150 | State v. Sumajit | Affirmed |

### April 20, 2009

| 29265 | State v. Avilla | Affirmed |